UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISON
CASE NO

FILED JS
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

10 OCT -4 AM 11:41

EDWARD H. FLINT        3:10-CV-626-M        PLAINTIFF

VS                     **COMPLAINT**

                                            DEFENDANTS
NEW YORK STOCK EXCHANGE
NYSE
11 Wall Street
New York, New York 10005

NASDAQ STOCK MARKET
Nasdaq Stock Market
One Liberty Plaza
165 Broadway.
New York, New York 10006

FINANCIAL INDUSTRY REGULATORY AUTHORITY
Finra
1735 K Street
Washington D.C. 20006


JANE DOES

JOHN DOES

**********************************************************************
**COMPLAINT**

Comes now the Plaintiff, Edward H. Flint Pro, Se, acting as his own counsel against Defendants New York Stock Exchange, Nasdaq Stock Market, Finra, other unknown Companies, Corporations, Brokers, Market Makers, Regulators, and other unknown Jane Does and John Does and for this cause of action, states as follows:

1- Plaintiff Edward H. Flint lives at 5800 Coach Gate Wynde #293, Louisville, KY 40207

2- New York Stock Exchange Headquarters is locator at 11 Wall Street, New York, New York

1

3- Nasdaq Stock Market Headquarters is locator at One Liberty Plaza, 105 Broadway, New York, New York.

4- Finra is locator at 1735 K Street Washington D.C.

5- The other Jane Does and John Does address is unknown at this time.

6- Plaintiff is part of the public at large that trades stocks in the stock market of buying and selling shares of companies stock and the Defendants control the movement of the trading of such stocks and have a monopoly on trading stocks. The Plaintiff and public at large expects, depend on, must have, and demands, honesty in every movement of those handling or controlling such trading.

7- Plaintiff alleges that the sale price of stocks and or the amount of stocks traded daily is being manipulated by Defendants or by others who they are responsible for controlling.

8- Plaintiff alleges that Defendants relying on computers and the honesty of those involved in the trading of stocks is not enough and Defendants has a duty to make sure that honesty and truthfulness prevailed at all times, regardless of the cost or effort needed.

9- Plaintiff alleges that the Defendants knew or should have known about the manipulation of the sale of stock that is traded in and or by their organization.

10- Plaintiff alleges that the Defendants knows or should have know that the stock sold and bought by or through their facility was manipulated by themselves or by others connected in some way with their organization.

11- Plaintiff alleges that Defendant's actions injured Plaintiff, financially, mentally and physically.

12- Plaintiff alleges that Defendant's actions denied Plaintiff and the public at large his U.S. Civil Rights.

13- Plaintiff alleges that Defendants failed to perform their duty as required by The Congress, the Government of the United States and the rules and laws of trading stocks throughout America.

14- Plaintiff alleges that Defendants failed to perform their ethical responsibility required by the Laws and rules of the United States Government and other entities.

15- Plaintiff alleges that Defendant's actions were harmful to him, because Plaintiff relied on the Defendants to look out for the welfare and well being of Plaintiff, which is part of the public at large.

16- Plaintiff alleges that Defendants didn't take all actions necessary to guarantee Plaintiff and the public at large that all information and all true and honest facts were disseminated by the minute, hourly, daily and at all times to Plaintiff and the public at large.

17- Plaintiff alleges that Defendant's actions of manipulating the trading, selling or buying stock was done for selfish reasons.

18- Plaintiff alleges that the manipulation of stock cost may have the United States Treasury tax revenue.

19- Plaintiff alleges that Defendant's actions were done to control the price of stocks, to control the stock market, and to keep the stock market problems hidden, from the Plaintiff and from the public at large.

20- Plaintiff alleges that Defendants actions are a con game, done in a way to control the mind, the thoughts and the actions of Plaintiff and the public at large.

21- Plaintiff alleges that Defendant's actions discriminated against him.

22- Plaintiff alleges that the Defendants hid important facts from Plaintiff and the public at large.

23- Plaintiff alleges that Defendants conspired with others against him and the public at large

24- Plaintiff alleges that the Defendants action deceived Plaintiff and they knew it was happening.

25- Plaintiff alleges that Defendants harmed him when they hid important information regarding the trading of stocks from Plaintiff and the public at large.

26- Plaintiff alleges Plaintiff was put into a horrifying position of loosing money by the actions of the Defendants.

27- Plaintiff alleges that Defendant's actions were not in the interest of honesty and fairness to the Plaintiff, the public, and the United States.

28- Plaintiff alleges that Defendants used their position, to manipulate or to allow the manipulation of, the price of stocks and or the perception of the health of the stock market to the public.

29- Plaintiff alleges that Defendants made money off of their manipulation of stocks, the image of the stock market and the future of the stock market.

30- Plaintiff alleges that Defendants family or friends or others made money off of the manipulation of stocks and the manipulation of the perception of the image of the stock market.

31- Plaintiff alleges that Defendants knew or suspected that stocks and stock market were being manipulated and took no actins to correct the problem, or to protect Plaintiff and the public at large.

32- Plaintiff alleges that Defendants had an hourly and daily duty to check the possibility of manipulation of the trading of stocks and failed to do so.

33- Plaintiff believes other laws, rules and/or other action may have been broken and only discovery will tell, and at that time Plaintiff will ask for leave to amend this complaint.

**Therefore Plaintiff demands that Defendant be help liable for their actions in harming and deceiving Plaintiff.**

## DEMANDS

### Plaintiff makes the following demands

1- **A trial by jury.**

2- **On any allegations in this complaint that a jury finds any of the Defendants guilty, Plaintiff is awarded both compensatory and punitive damages from each defendant found guilty in the amount determined by a jury.**

3- If any defendant is found guilty on any of the alleged issues, the one(s) found guilty be disbarred for life from employment in any industry connected in any form, to the stock market.

4- All party found guilty of any allegation in this complaint be turned over to the Federal Government for prosecution.

5- All cost of this complaint by Plaintiff

6- For any other relief to which said plaintiff may appear entitled.

Respectfully submitted

*Edward H. Flint* (signature)

Edward H. Flint Pro, Se
5800 Coach Gate Wynde #293
Louisville, KY 40207
502-896-1219